**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| DORIAN E. FLIPPIN, ) | No. C 07-0169 MMC (PR) |
| ) | |
| Petitioner, ) | **ORDER GRANTING EXTENSION** |
| ) | **OF TIME** |
| v. ) | |
| ) | |
| JAMES TILTON, Warden, ) | **(Docket No. 9)** |
| ) | |
| Respondent. ) | |
| _____ ) | |

15        Good cause appearing, petitioner's request for an extension of time in which to file a

16   traverse is GRANTED.  If petitioner wishes to file a traverse, he shall do so on or before

17   **September 30, 2007**.

18        This order terminates Docket No. 9.

19        IT IS SO ORDERED.

20   DATED: August 23, 2007

21                                                    _____
                                                         MAXINE M. CHESNEY
                                                         United States District Judge

22

23

24

25

26

27

28