**FILED**

**RECEIVED**

JAN 2 7 2011

JAN 2 7 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

To Clerk of the Northern District,

I would like to know if you can give me any information regarding my traverse No. C 07-0169 MMC (PR). I filed it before my deadline, which was Sep. 30th, 2007 and I never received any information or a ruling. Any information or help you could give me would be greatly appreciated.

Thank You.

Dorian Flippin
ISP/A3-129
P.O. Box 2199
Blythe, Ca. 92226

Donan Flippin T-44846
ISP/ CI-238U
P.S. Box 2149
Blythe, Ca. 92226

Office of the Clerk U.S. District Court
Northern District of California
450 Golden Gate ave.
San Francisco, Ca. 94102

9410283489

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.44°
02 1A          JAN 24 2011
0004624898
MAILED FROM ZIP CODE 92225



02 1A
0004624898
MAILED FROM ZIPCODE 92225
UNITED STATES POSTAGE
PITNEY BOWES
$ 00.00⁰
APR 14 2010