IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DORIAN E. FLIPPIN,

        Petitioner,

  v.

JAMES TILTON,

        Respondent.
                                          /

No. CV-07-0169 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the petition for a writ of habeas corpus is hereby DENIED, and a certificate of appealability is hereby DENIED.

Dated: August 12, 2011                                     Richard W. Wieking, Clerk

                                                            By: Tracy Lucero
                                                            Deputy Clerk